# UNITED STATES DISTRICT COURT
## District of Minnesota

DISABILITY SUPPORT ALLIANCE,
on behalf of its members;
and SCOTT SMITH,

        Plaintiff,

v.

Bluff Properties LLC

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  15-cv-3661 DSD/HB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Complaint (Doc. No. 1) is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

Date: February 3, 2016

RICHARD D. SLETTEN, CLERK

s/Katie Thompson

(By)        Katie Thompson, Deputy Clerk